390 A.2d 302

Commonwealth ex rel. Shiner, Appellant, v. Hudack et al.

Argued March 21, 1978. Clement E. Kisailus, for appellant; Robert J. Gillespi, Jr., for appellee, Hudack; No appearance entered nor brief submitted for appellee, Child Welfare Services Agency.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.